IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Andres Leroy Glenn, | ) | C/A NO. 3:13-1944-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Ms. Janice Thomas; Dr. NFN Reddy; | ) | |
| Dr. Crisp-Land Glynn; and Jose Chavez, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* motion for copies. ECF No. 19.

Plaintiff's motion for copies indicates he seeks copies "to prepare case." Mot. at 1. However, this

matter was closed September 11, 2013. As there is nothing to "prepare" in this matter, Plaintiff's

motion for copies is **denied**.

    **IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 9, 2013